UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSE MALLINGER, Derivatively on Behalf of SUNEDISON,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD R. CHATILA, ANTONIO R. ALVAREZ, CLAYTON C. DALEY, JR., EMMANUEL T. HERNANDEZ, GEORGANNE C. PROCTOR, STEVEN V. TESORIERE, JAMES B. WILLIAMS, RANDY H. ZWIRN, PETER BLACKMORE, and BRIAN WUEBBELS,<br><br>Defendants,<br><br>and<br><br>SUNEDISON, INC.,<br><br>Nominal Defendant. | So Ordered<br>[signature] unss.<br>6/7/16<br><br>Civil Action No.: 4:16-cv-00732-RWS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Jesse Mallinger, derivatively on behalf of SunEdison, by and through his undersigned counsel, and Defendants Ahmad R. Chatila, Antonio R. Alvarez, Clayton C. Daley, Jr., Emmanuel T. Hernandez, Georganne C. Proctor, Steven V. Tesoriere, James B. Williams, Randy H. Zwirn, Peter Blackmore, and Brian Wuebbels, by and through their undersigned counsel, hereby stipulate to the dismissal without prejudice of all claims and counterclaims raised in this action. Each party shall bear its own costs, expenses, and attorney's fees.

Dated:  June 6, 2016                              Respectfully submitted,

By:  /s/ Joseph V. Neill
Joseph V. Neill #28472MO
5201 Hampton Ave.
St. Louis, MO 63109
Telephone:  (314) 353-1001
Facsimile:  (314) 353-0181
neill5300@aol.com

*Attorney for Jesse Mallinger*

By:  /s/ Glenn Davis
Glenn E. Davis #30308MO
HEPLER BROOM LLC
211 North Broadway, Suite 2700
St. Louis, MO 63102
Telephone:  (314) 480-4154
Glenn.Davis@heplerbroom.com

Sara B. Brody (*Pro Hac Vice* to be Submitted)
Jaime A. Bartlett (*Pro Hac Vice* to be Submitted)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
sbrody@sidley.com
jbartlett@sidley.com

Norman J. Blears (*Pro Hac Vice* to be Submitted)
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California  94304
Telephone: (650) 565-7000
Facsimile: (650) 565-7100
nblears@sidley.com

*Attorneys for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Emmanuel Hernandez, Antonio R. Alvarez, Clayton C. Daley, Jr., Georganne C. Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

By:/s/ *John J. Rehmann, II*
    John J. Rehmann, II. #61245MO

DOWD BENNETT LLP

James F. Bennett, #46826MO
jbennett@dowdbennett.com
John J. Rehmann, II. #61245MO
jrehmann@dowdbennett.com
7733 Forsyth Blvd., Suite 1900
St. Louis, Missouri 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111

Michael Bongiorno (*Pro Hac Vice*)
Timothy Perla (*Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

*Attorneys for Peter Blackmore*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, the foregoing Stipulation of Dismissal was filed using the CM/ECF system, which will automatically provide notice to all attorneys of record by electronic means.

                                            John J. Rehmann, II